cuit denied. *Messrs. George H. Terriberry* and *Jos. M. Rault* for petitioner. No appearance for respondent.

No. 415. CROSLEY CORPORATION *v.* FEDERAL COMMUNICATIONS COMMISSION. November 6, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Duke M. Patrick* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Hugh B. Cox, Robert M. Cooper, William J. Dempsey, William C. Koplovitz,* and *Miss Fanney Neyman* for respondent.

No. 416. VILLAGE OF DOWNERS GROVE *v.* JOSEPH, RECEIVER. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lester C. Davidson* for petitioner. No appearance for respondent.

No. 418. STACKPOLE CARBON CO. *v.* NATIONAL LABOR RELATIONS BOARD. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Earl F. Reed* for petitioner. *Solicitor General Jackson* and *Messrs. Wilber Stammler, Charles Fahy, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 420. GENERAL AMERICA LIFE INSURANCE CO. *v.* CENTRAL NATIONAL BANK OF CLEVELAND, TRUSTEE. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert H. Jamison* for petitioner. *Mr. H. H. Marshman* for respondent.